IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SEAN HORNBECK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:20-cv-00991-SRB |
| ) | |
| HONEYWELL FEDERAL MANUFACTURING ) | |
| & TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

Defendant Honeywell Federal Manufacturing & Technologies, LLC, by and through undersigned counsel, hereby certifies that on the 19th day of April, 2021, it served First Interrogatories and First Request for Production via electronic mail, in Word and pdf format to the following counsel of record:

Heather J. Schlozman
Mark V. Dugan
Dugan Schlozman, LLC
8826 Santa Fe Drive, Suite 307
Overland Park, KS 66212
heather@duganschlozman.com
mark@duganschlozman.com

**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

/s/ Alyssa S. Gonnerman
Daniel B. Boatright, Mo. #38803
Direct: 816.627.4401
E-fax: 816.817.7703
dboatright@littler.com
Alyssa S. Gonnerman, Mo. #67137
Direct: 816.627.4410
E-Fax: 816.817.2824
agonnerman@littler.com
Littler Mendelson, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed using the Court's e-filing system this 19th day of April, 2021, which sent notice of same to the following counsel of record:

Heather J. Schlozman
Mark V. Dugan
Dugan Schlozman, LLC
8826 Santa Fe Drive, Suite 307
Overland Park, KS 66212
heather@duganschlozman.com
mark@duganschlozman.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Alyssa S. Gonnerman
**ATTORNEY FOR DEFENDANT**