IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SEAN HORNBECK,<br><br>    Plaintiff,<br><br>vs.<br><br>HONEYWELL FEDERAL MANUFACTURING<br>& TECHNOLOGIES, LLC,<br><br>    Defendant. | Case No. 4:20-cv-00991-SRB |

### CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES

Defendant Honeywell Federal Manufacturing & Technologies, LLC, by and through undersigned counsel, hereby certifies that on the 30th day of April, 2021, it served Defendant's Initial Rule 26 Disclosures via electronic mail, in Adobe PDF format to the following counsel of record:

Heather J. Schlozman
Mark V. Dugan
Dugan Schlozman, LLC
8826 Santa Fe Drive, Suite 307
Overland Park, KS 66212
heather@duganschlozman.com
mark@duganschlozman.com
**ATTORNEYS FOR PLAINTIFF**

                Respectfully submitted,

                */s/ Alyssa S. Gonnerman*
                Daniel B. Boatright, Mo. #38803
                Direct: 816.627.4401
                E-fax: 816.817.7703
                dboatright@littler.com
                Alyssa S. Gonnerman, Mo. #67137
                Direct: 816.627.4410
                E-Fax: 816.817.2824
                agonnerman@littler.com
                Littler Mendelson, P.C.
                1201 Walnut Street, Suite 1450
                Kansas City, MO 64106

                **ATTORNEYS FOR DEFENDANT**