# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SEAN HORNBECK,<br><br>                        Plaintiff,<br><br>v.<br><br>HONEYWELL FEDERAL MANUFACTURING & TECHNOLOGIES, LLC<br><br><br><br>                       Defendant. | **Case No.: 4:20-cv-00991-SRB** |

The undersigned certifies that Plaintiffs initial disclosures pursuant to Rule 26 were served by electronic mail this 30st day of April 2021 on:

Daniel B. Boatright
Alyssa Gonnerman
Littler Mendelson, P.C.
1201 Walnut, Suite 1450
Kansas City, MO  64106
Phone:  816.627.4400
Fax:  816.627.4444
dboatright@littler.com
AGonnerman@littler.com

**Counsel for Defendant**

 

Respectfully Submitted,

**DUGAN SCHLOZMAN LLC**

/s/ *Heather J. Schlozman*

Heather J. Schlozman, MO Bar # 43234
Mark V. Dugan, MO Bar # 39639
heather@duganschlozman.com
mark@duganschlozman.com

8826 Santa Fe Drive, Suite 307
Overland Park, Kansas 66212
Telephone: (913) 322-3528
Facsimile: (913) 904-0213

**Counsel for Plaintiff**